UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMARIO MOORE, | No. 2:16-cv-2138 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CATHERINE FONTECHA, | |
| Defendants. | |

By an order filed September 12, 2016, plaintiff was ordered to either pay the filing fee for this action or file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.

Dated: October 25, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
moor2138.fifp