UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMARIO MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE FONTECHA, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2138 CKD P<br><br><br>ORDER |

Plaintiff has filed his third request for an extension of time to file an amended complaint pursuant to the court's order of June 6, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 22) is granted; and

2. Plaintiff is granted up to and including October 21, 2017, in which to file an amended complaint. Failure to file an amended complaint by that date will result in dismissal.

Dated: September 28, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
moor2138.36(3)